1   Law offices of:
**ANTHONY O. EGBASE & ASSOCIATES**
2   **ANTHONY O. EGBASE-** Bar No.:181721
702 West 1st Street,
3   Los Angeles California 90012
Telephone: (213) 620-7070 Facsimile: (213) 620-1200
4   Email: Info@anthonyegbaselaw.com

5   Attorneys for: Plaintiffs: Justin Singh and Ranjit Singh

6

7                **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10  **JUSTIN SINGH and RANJIT SINGH**          )   CASE NO.:
                                               )
11              Plaintiffs,                    )   **COMPLIANT FOR:**
                                               )
12  vs.                                        )   **BREACH OF CONTRACT**
                                               )
13  **ARROW TRUCK SALES, INC., a**             )   **BREACH OF DUTY OF GOOD FAITH**
    **corporation, form unknown;**             )   **AND FAIR DEALING - CONTRACT**
14  **NATIONAL TRUCK PROTECTION CO.,**         )
    **INC., a corporation, form**             )   **BREACH OF IMPLIED WARRANTY**
15  **unknown; and Does 1 through**           )   **OF MERCHANTABILITY**
    **10, Inclusive,**                        )
16                                             )
                                               )
17              Defendants,                    )
                                               )
18  _____  )

19  _____

20

21

22

23  1.   Plaintiff, Justin Singh is and was at all times mentioned,

24  domiciled in and a citizen of the State of Maryland, doing business

25  in Hesperia, California.

26

27

28  Compliant                                                          -1-

1  2.   Plaintiff, Ranjit Singh is and was at all times mentioned,

2  domiciled in and a citizen of the State of Maryland, doing business

3  in Hesperia, California.

4  3.   Defendant, Arrow Truck Sales Inc. was, and is now, a

5  corporation duly organized and existing under the laws of the State

6  of California, having its principal place of business at 10830 S.

7  Harlan RD, French Camp, CA 95231.

8  4.   Defendant, National Truck Protection Co., Inc.  was, and is

9  now, a corporation duly organized and existing under the laws of

10 the State  of New Jersey, having its principal place of business at

11 130 Moonachie Avenue, P.O. Box 126 Carlstadt, NJ 07072.

12 5.   Plaintiff is ignorant of the true names and capacities of

13 defendants sued as DOES 1-10, inclusive, and therefore sues these

14 defendants by such fictitious names. Plaintiff will amend this

15 complaint to allege their true names and capacities when

16 ascertained.

17 6.   This action is of a civil nature involving, exclusive of

18 interest and costs, a sum in excess of $75,000.00. Every issue of

19 law and fact is wholly between citizens of different states.

20 7.   On or about April 5, 2005 Plaintiffs, Justin Singh and Ranjit

21 Singh purchased a 2000 Volvo, model VNL660 truck (herein after

22 called "truck") from Defendant, Arrow Truck Sales Inc. at the cost

23 of $39,000.00. See attached  **Exhibit "1"** and made part of this

24 complaint.

25 8.   Plaintiffs made a down payment of $10,000.00 and financed the

26 balance through Transport Funding, L.L.C. for   36 installment

27

28 COMPLIANT                                                          -2-

1  payments of $1,068.22 a month. See attached **Exhibit "2"** and made

2  part of this complaint.

3  9.  It was agreed by Plaintiffs and Defendant Arrow Truck Sales that

4  Plaintiffs will take delivery of the truck in Cincinnati, Ohio.

5  10.   Sometime in April, 2005,after Plaintiff Justin Singh took

6  delivery of the truck from Cincinnati, Ohio, Plaintiff Justin Singh

7  noticed that the truck was malfunctioning.

8  11.   Plaintiff Justin Singh informed Defendant Arrow Truck Sales,

9  Inc. about the malfunction, Defendant Arrow Truck Sales, Inc.

10 Instructed Plaintiff Justin Singh to repair the truck and send the

11 bill to them.

12 12.  Plaintiff Justin Singh repaired the truck per the instructions,

13 paid the repair company and sent the bill to Defendant Arrow Truck

14 Sales, Inc.

15 13.Plaintiff Justin Singh alleges that the said bill remains unpaid

16 up to date.

17 14.  On or about May 18, 2005 Plaintiffs for valuable consideration,

18 entered into a valid service contract with Defendant, National Truck

19 Protection Co., Inc.( hereinafter called NTP), for the period April

20 8, 2005 through April 8, 2007 or at 340, 214 miles, which ever comes

21 first. See attached **Exhibit "3"** and made part of this complaint.

22 15.  Sometime in June, 2005 Plaintiff, Justin Singh noticed that the

23 truck was malfunctioning, he notified NTP and on NTP's instructions

24 took to the truck to Stewart & Stevenson Services Inc. in

25 Sacramento, California.

26

27

28 COMPLIANT                                                         -3-

16.   Stewart & Stevenson Services Inc. made repairs on the truck engine according to NTP's instructions.

17.   On or about August 1, 2005 Plaintiff, Justin Singh again noticed that the truck was malfunctioning and had a lot of noise from the engine.

18.   Plaintiff, Justin Singh notified NTP and on NTP's instruction took the truck to Virginia Truck Center of Lexington VA. and asked that the truck be checked and for an advise on the cause.

19.   Upon diagnostics and numerous calls to National Truck Protection and Stewart & Stevenson Services Inc., Virginia Truck Center of Lexington VA. found that the piston skirt in #5 cylinder was broken off and  debris was in the engine oil system. See **Exhibit "4"**

20.   Virginia Truck Center of Lexington VA. sent a list of damages to Doug Laverty with NTP along with digital pictures. NTP told Virginia Truck Center of Lexington VA. company representative that they were not covering failure and that a parts warranty should cover repairs.

21.   Virginia Truck Center of Lexington VA. also called Stewart & Stevenson Services Inc. and was informed by Ken, an employee of Stewart & Stevenson Services Inc.  that when the truck was at their shop, NTP chose not to make repairs per their recommendation and no warranty would be given on repairs for this reason.

22.   On Plaintiff's authorization, Virginia Truck Center of Lexington VA. tore down the engine completely and found that bearing caps were put on incorrectly and the rod bearing did not look like

COMPLIANT                                                                -4-

1  they had been replaced. The rod caps were  switched on cylinders #2

2  and #5.

3  23.   Plaintiff, Justin Singh authorized Virginia Truck Center of

4  Lexington VA.  to do a complete in frame overhaul.

5  24.   The complete in frame overhaul was completed on or about

6  September 9, 2005 at a cost of $20,845.42 which the  Plaintiffs paid

7  to Virginia Truck Center of Lexington VA. See **Exhibit "5"**.

8  25.  Plaintiffs have incurred losses due to defendants actions.

9

10

11                    **FIRST CAUSE OF ACTION**

12  **BREACH OF CONTRACT AGAINST NATIONAL TRUCK PROTECTION CO., INC.**

13

14  26.   Plaintiffs re-alleges and incorporate by reference the

15  allegations set forth under paragraphs 1 to 25 of the complaint as

16  though fully set forth herein.

17  27.  On or about May 18, 2005 Plaintiffs and Defendant, National

18  Truck Protection Co.,Inc. entered into a written service contract

19  by the terms of which Defendant, National Truck Protection Co.,Inc

20  will service the truck for the period April 8,2005 to April 8, 2007

21  or at 340,214 miles, whichever comes first  a copy of which is

22  attached as **Exhibit "3"** and made a part of this compliant.

23  28.   Sometime in  June, 2005 Plaintiff, Justin Singh noticed that

24  the  truck was  malfunctioning,  he  notified NTP  and  on  NTP's

25  instructions took to the truck to Stewart & Stevenson Services Inc.

26  in Sacramento, California.

27

28  COMPLIANT                                                    -5-

29.   Stewart & Stevenson Services Inc. made repairs on the truck engine according to NTP's instructions.

30.   On or about August 1, 2005 Plaintiff, Justin Singh again noticed that the truck was malfunctioning and had a lot of noise from the engine.

31.   Plaintiff, Justin Singh notified NTP and on NTP's instructions took the truck to Virginia Truck Center of Lexington VA. and asked that the truck be checked and for an advise on the cause.

32.   Upon diagnostics and numerous calls to National Truck Protection and Stewart & Stevenson Services Inc., Virginia Truck Center of Lexington VA. found that the piston skirt in #5 cylinder was broken off and  debris was in the engine oil system. See **Exhibit "4"**

33. Virginia Truck Center of Lexington VA. Sent a list of damages to Doug Laverty with NTP along with digital pictures. NTP told Virginia Truck Center of Lexington VA. Company representative that they were not covering failure and that a parts warranty should cover repairs.

34. Virginia Truck Center of Lexington VA. also called Stewart & Stevenson Services Inc. and was informed by Ken, an employee of Stewart & Stevenson Services Inc. that when the truck was at their shop, NTP chose not to make repairs per their recommendation and no warranty would be given on repairs for this reason.

35.   On Plaintiff's authorization, Virginia Truck Center of Lexington VA. tore down the engine completely and found that bearing caps were put on incorrectly and the rod bearing did not look like

COMPLIANT                                                                    -6-

1 they had been replaced. The rod caps were  switched on cylinders #2

2 and #5.

3 36.   Plaintiffs has performed all conditions, covenants, and

4 promises required on their part to be performed in accordance with

5 the terms and conditions of the contract except those terms that

6 Plaintiffs were excused from performing as a result of the actions

7 of the defendant.

8 37.   Defendant, National Trucking Protection Co.,Inc has failed and

9 neglected to perform the agreement, thereby breaching the contract

10 with the Plaintiffs in that :

11 (A) Sometime in June, 2005, when the truck was at Stewart and

12 Stevenson Services Inc., National Trucking Protection Co.,Inc

13 refused to make repairs on the truck according to Stewart and

14 Stevenson Services Inc. recommendations  as was specified in the

15 Service Contract Agreement entered into with the Plaintiffs.

16 (B) On or about August 1, 2005, when the truck was at Virginia Truck

17 Center of Lexington VA, Defendant, National Truck Protection refused

18 to cover repairs on the truck as was specified in the Service

19 Contract Agreement entered into with the Plaintiffs.

20 38. As a result of Defendant, National Truck Protection Co.,

21 Inc.,actions Plaintiffs has suffered the following damages:

22 (A) Plaintiffs paid for the cost of towing the truck to Virginia

23 Truck Center of Lexington VA.

24 (B) Plaintiffs lost earnings due to non use of the truck for

25 business purposes while the truck was at Virginia Truck Center of

26 Lexington VA.

27

28 COMPLIANT                                                         -7-

1  (C) Plaintiffs had to borrow money at exorbitant interest rates from

2  various persons to pay for the cost of repairs at Virginia Truck

3  Center of Lexington VA.

4  (D) Plaintiffs paid for the repairs of the truck at Virginia Truck

5  Center of Lexington VA.

6

7

8  **SECOND CAUSE OF ACTION**

9  **BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING - CONTRACT**

10  **AGAINST NATIONAL TRUCK PROTECTION CO., INC.**

11

12  39.   Plaintiffs re-alleges and incorporate by reference the

13  allegations set forth under paragraphs 1 to 38 of the complaint as

14  though fully set forth herein.

15  40.  On or about May 18, 2005 Plaintiffs for valuable consideration,

16  entered into a valid written Service Contract with Defendant,

17  National Truck Protection Co., Inc.(NTP), for the period April 8,

18  2005 through April 8, 2007 or at 340, 214 miles, which ever comes

19  first. See attached **Exhibit "3"** and made part of this complaint.

20  41.  Implied in the contract is a duty of good faith and fair

21  dealing that every party to the contract will act in good faith and

22  in a manner not to hinder the performance of the other party's

23  obligation.

24  42.   Sometime in June, 2005, On or about June, 2005 Plaintiff,

25  Justin Singh noticed that the truck was malfunctioning, he notified

26

27

28  COMPLIANT                                                        -8-

1  NTP and on NTP's instructions took  the truck to Stewart & Stevenson

2  Services Inc. in Sacramento, California.

3  43.  Stewart & Stevenson Services Inc. in Sacramento, California,

4  made  their  recommendations  to  NTP  on  how  the  truck  should  be

5  repaired.

6  44.   NTP instructed Ken an employee of Stewart & Stevenson Services

7  Inc. in Sacramento, California not to repair according to Stewart

8  & Stevenson Services Inc.'s recommendations. See **Exhibit "4"**

9  45.   On or about June 2005, Defendant National Truck Protection

10 Co., Inc breached the duty of good faith and fair dealing of the

11 Service Contract by refusing to repair the truck according to

12 Stewart and Stevenson Services Inc.'s recommendations.

13 46.   Plaintiff alleges that due to Defendant National Truck

14 Protection Co., Inc refusal to repair the truck according to Stewart

15 and  Stevenson  Services  Inc.  recommendations  the  truck  was  not

16 repaired in a workmanlike manner causing the truck to break down on

17 or around August 1, 2004.

18 47. As  a  result  of  Defendant,  National  Truck  Protection  Co.,

19 Inc.,actions Plaintiffs has suffered the following damages:

20 (A) Plaintiffs paid for the cost of towing the truck to Virginia

21 Truck Center of Lexington VA.

22 (B) Plaintiffs  lost  earnings  due  to  non  use  of  the  truck  for

23 business purposes while the truck was at Virginia Truck Center of

24 Lexington VA.

25

26

27

28 COMPLIANT                                                          -9-

1  (C) Plaintiff had to borrow money at exorbitant interest rates from

2  various persons to pay for the cost of repairs at Virginia Truck

3  Center of Lexington VA.

4  (D) Plaintiff paid for the repairs of the truck at Virginia Truck

5  Center of Lexington VA.

6

7

8  **THIRD CAUSE OF ACTION**

9  **BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**

10  **AGAINST ARROW TRUCK SALES, INC.**

11

12  48.  Plaintiffs  re-alleges  and  incorporate  by  reference  the

13  allegations set forth under paragraphs 1 to 20 of the complaint as

14  though fully set forth herein.

15  49.   On or about April 5, 2005 Plaintiffs, Justin Singh and Ranjit

16  Singh purchased a 2000 Volvo, model VNL660 truck  from Arrow Truck

17  Sales, Inc. at the cost of $39,000.00.See attached **"Exhibit "1"** and

18  made part of this complaint.

19  50.  Plaintiffs made a down payment of $10,000.00 and financed the

20  balance  through  Transport  Funding,  L.L.C.  for   36  installment

21  payments of $1,068.22 a month. See attached **Exhibit "2"** and made

22  part of this complaint.

23  51.  Arrow Truck Sales, Inc. is a merchant in respect to the truck

24  because it regularly sells trucks in its regular course of business

25  52.   Implied in the contract for sale of truck is a warranty of

26  merchantability  by  which  the  seller,  Arrow  Truck  Sales,  Inc.

27

28  COMPLIANT                                                          -10-

1 | impliedly warranted to the Plaintiffs, Justin Singh and Ranjit Singh

2 | that the truck was merchantable.

3 | 53.   It was agreed by Plaintiffs and Defendant Arrow Truck Sales

4 | that Plaintiffs will take delivery of the truck in Cincinnati, Ohio.

5 | 54.   Sometime in April, 2005,after Plaintiff Justin Singh took

6 | delivery of the truck from Cincinnati, Ohio, Plaintiff Justin Singh

7 | noticed that the truck was malfunctioning.

8 | 55.   Plaintiff Justin Singh informed Defendant Arrow Truck Sales,

9 | Inc. about the malfunctioning, Defendant Arrow Truck Sales, Inc.

10 | instructed Plaintiff Justin Singh to repair the truck and send the

11 | bill to them.

12 | 56.   Plaintiff Justin Singh repaired the truck per the instructions

13 | , paid the repair company and sent the bill to Defendant Arrow Truck

14 | Sales, Inc.

15 | 57.   Plaintiffs alleges that the said bill remains unpaid up to

16 | date.

17 | 58.   Sometime in June, 2005 Plaintiff, Justin Singh noticed that

18 | the truck was malfunctioning, he notified NTP and on NTP's

19 | instructions took to the truck to Stewart & Stevenson Services Inc.

20 | in Sacramento, California.

21 | 59.   On or about August 1, 2005 Plaintiff, Justin Singh again

22 | noticed that the truck was malfunctioning and had a lot of noise

23 | from the engine.

24 | 60.   Plaintiff allege that the truck was defective and not fit for

25 | the ordinary purposes for which such trucks are used and therefore

26 | not merchantable.

27

28 | COMPLIANT                                                    -11-

61.   As a result of Defendant, Arrow Truck Sale Inc. sale of the unmerchantable truck, Plaintiffs has suffered the following damages:

(A)  Plaintiffs lost earnings due to non use of the truck for business purposes while the truck was at the repair center in April 2005.

(B)  Plaintiffs paid for the repair of the truck in April, 2005.

(C)  Plaintiffs lost earnings due to non use of the truck for business purposes while the truck was at Stewart & Stevenson Services Inc. in Sacramento, California.

(D)  Plaintiffs lost earnings due to non use of the truck for business purposes while the truck was at Virginia Truck Center of Lexington VA.

(E)  Plaintiff had to borrow money at exorbitant interest rates from various persons to pay for the cost of repairs at Virginia Truck Center of Lexington VA.

(F)  Plaintiff paid for the repairs of the truck at Virginia Truck Center of Lexington VA.


## DEMAND FOR JURY TRIAL

62.   Plaintiffs hereby demand a jury trial




**WHEREOF, plaintiffs demand judgement as follows:**

1.  For compensatory damages against defendants, according to proof;

2.  For costs of interests on money borrowed;


COMPLIANT                                                                     -12-

1   3. For reasonable attorney's fees;

2   4. For costs of suit herein incurred;

3   5. For such other and further relief as the Court may deem proper.

4

5

6   Date: December 14, 2005                LAW OFFICES OF ANTHONY O. EGBASE

7                                            Anthony Egbase

8                                          ANTHONY O. EGBASE, ESQ.
                                           Attorneys for Plaintiffs
9                                          Justin Singh and Ranjit Singh

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  COMPLIANT                                                      -13-